IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OPENPRINT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-649 (MN) |
| | ) | |
| BROTHER INTERNATIONAL CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| ENCODITECH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-864 (MN) |
| | ) | |
| QARDIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ORTIZ & ASSOCIATES CONSULTING, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1265 (MN) |
| | ) | |
| ROKU, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| TRACKTIME, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1518 (MN) |
| | ) | |
| AMAZON.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| SANBOX SOFTWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1649 (MN) |
| | ) |
| 18BIRDIES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, the Court has received numerous motions challenging one or more claims of the patent(s)-in-suit in the above-captioned actions as being directed to patent-ineligible subject matter under 35 U.S.C. § 101 (hereinafter "101 Motions");

WHEREAS, the Court believes certain efficiencies in resolving 101 Motions might be attainable by hearing argument on multiple such motions at essentially the same time; and

WHEREAS, the Court seeks to use its limited resources in a manner that may promote "the just, speedy, and inexpensive determination of every action and proceeding" (FED. R. CIV. P. 1).

THEREFORE, IT IS HEREBY ORDERED this 22nd day of March 2019 that:

1. The Court will hear argument on the following 101 Motions at a combined hearing on June 14, 2019 from 9:00 a.m. to 1:00 p.m. and from 3:00 p.m. to 5:00 p.m.:

| CIVIL ACTION | MOTION |
|---|---|
| C.A. No. 18-649 (MN) *OpenPrint LLC v. Brother International Corporation* | Brother International Corp.'s Motion to Dismiss for Failure to State a Claim (D.I. 10) |
| C.A. No. 18-864 (MN) *Encoditech LLC v. Qardio, Inc.* | Qardio, Inc.'s Motion to Dismiss for Failure to State a Claim (D.I. 17) |

2

| CIVIL ACTION | MOTION |
|---|---|
| C.A. No. 18-1265 (MN)<br>*Ortiz & Associates Consulting, LLC v. Roku, Inc.* | Roku, Inc.'s Motion to Dismiss for Failure to State a Claim<br>(D.I. 9) |
| C.A. No. 18-1518 (MN)<br>*TrackTime, LLC v. Amazon.com, Inc., et al.* | Defendants' Motion to Dismiss for Failure to State a Claim<br>(D.I. 14) |
| C.A. No. 18-1649 (MN)<br>*Sandbox Software, LLC v. 18Birdies, LLC* | 18Birdies, LLC's Motion to Dismiss for Failure to State a Claim<br>(D.I. 7) |

2. The hearing will be held in Courtroom 4A. Each party in each of the above-captioned actions must be represented by at least one attorney for the entire duration of the hearing. The Court may call for argument on any of the 101 Motions at any time during the hearing.

3. On or before June 6, 2019, each party in each of the above-captioned actions shall file a one-page letter informing the Court which Supreme Court or Federal Circuit case that party contends is most similar to the challenged claim(s). That is, each party is to identify which case provides the best analogy if this Court is to compare the claim(s) at issue in the 101 Motion to claims previously found to be patent (in)eligible by a higher court.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge